United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VLADIMIR HANDL,<br><br>    Defendant.<br>_____/ | No. CR 15-0126 WHA<br><br>**ORDER RE UPCOMING STATUS CONFERENCE AND REQUEST TO APPEAR BY TELEPHONE** |

The Court is in receipt of defendant Vladimir Handl's request for "guidance." By **NOON ON DECEMBER 14, 2015**, the parties are requested to submit a memorandum of five pages or less addressing the following:

    (1) If Handl were to go to trial with the other defendants as scheduled, and his counsel did nothing at trial to contest the government's allegations, would this "defense" be so inconsistent with the strategy of the other defendants as to require a separate trial?

    (2) Would both parties accept a deal in which Handl would plead guilty to all counts, reserving only the right to appeal the denial of his motion to dismiss the indictment due to outrageous government conduct, based solely on the record presented at the time of that motion? In other words, the appellate record would be limited to the evidence presented in the motion Handl filed in September 2015.

The Court is willing to hold the currently scheduled status conference on December 15. Handl's request to appear by telephone is **DENIED**, as counsel's statement regarding Handl's "current financial situation" does not constitute good cause sufficient to grant the request.

Moreover, Handl has not yet admitted to anything — nothing in the proffer has been signed by Handl and does not yet constitute acceptance of responsibility.   The Court is not prepared to say whether it will be able to provide "guidance" as to how to resolve this issue.

**IT IS SO ORDERED.**

Dated:  December 9, 2015. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE