IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0126 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |
| VLADIMIR HANDL AND OTHERS, | |
| Defendants. | |

The Court has received defendant Vladimir Handl's motion to proceed in forma pauperis for purposes of his appeal together with a message that time is of the essence because of an impending fee deadline. Counsel should not have stampeded the Court in this manner. The Court will grant the motion to proceed in forma pauperis with the express understanding that in no way does this invite a renewed request that retained counsel be compensated under the Criminal Justice Act for lawyer time, all of which should have been well within the scope of the retainer for counsel's services.

**IT IS SO ORDERED.**

Dated: June 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE