IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VLADIMIR HANDL,

    Defendant.
                                    /

No. CR 15-00126 WHA

**NOTICE RE REQUEST FOR RECOMMENDATION**

On August 24, the Court received a letter from defendant Vladimir Handl asking for a recommendation to the Bureau of Prisons that defendant be placed in a residential reentry center for the final twelve months of his term of imprisonment. In support of his request, defendant cites his good conduct and the numerous classes and certifications he has completed while in custody (Dkt. No. 582).

Pursuant to Section 3624 of Title 18 of the United States Code, whether to release a prisoner to a residential reentry program, or provide for other conditions that will assist with reentry into the community is left to the discretion of the Bureau of Prisons. If the Bureau of Prisons were to ask for a recommendation, the Court would be pleased to respond. According to the Bureau of Prisons inmate tracker, however, the defendant, who was sentenced to 44 months imprisonment (Dkt. No. 474), is currently expected to be released from prison after 26 months.

Given this disparity between time sentenced and anticipated time served, it is unlikely that the Court would concur in defendant's request.

The clerk shall serve this notice on defendant Vladimir Handl, and the FCI Edgefield Case Management Coordinator.

Dated: September 11, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE